UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON SABATER,                                          :

        Plaintiff,                                 :

                                                                :           ORDER
    -against-
                                                                :           17-CV-7135 (JPO)(KNF)

MONTIEFIORE MEDICAL CENTER,
                                                                :
        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the parties confer and, thereafter, on or before September 8, 2020, propose to the Court, in a joint writing, three dates on which all parties are available to participate in a settlement conference.

Dated: New York, New York          SO ORDERED:
       September 1, 2020

                                            _____
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE